IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ASPEN GARCIA,                                )
                                             )
   Plaintiff,                                )
                                             )
v.                                           )   Case No. 1:23-cv-00016
                                             )
ADVANCED PORTFOLIO GROUP LLC,                )
                                             )
   Defendant.                                )

## NOTICE OF SETTLEMENT

Plaintiff, ASPEN GARCIA ("Plaintiff"), through her attorney, Mark D. Trujillo, informs this Honorable Court that Plaintiff and Defendant, ADVANCED PORTFOLIO GROUP LLC ("Defendant") have reached a settlement in this case. Plaintiff anticipates filing the appropriate pleadings to dismiss Defendant with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

DATED:  April 3, 2023

By: /s/Mark D. Trujillo_____
      Mark D. Trujillo
      201 Twelfth St. NW
      Albuquerque, NM 87102
      (505) 254-2854
      mtrujillo@brucemcdonaldlaw.com