IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ASPEN GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-00016 |
| | ) |
| ADVANCED PORTFOLIO GROUP LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, ASPEN GARCIA ("Plaintiff"), through her attorney, Mark D. Trujillo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, ADVANCED PORTFOLIO GROUP LLC, with prejudice.

RESPECTFULLY SUBMITTED,

DATED:  June 1, 2023

By: /s/Mark D. Trujillo_____
Mark D. Trujillo
201 Twelfth St. NW
Albuquerque, NM 87102
(505) 254-2854
mtrujillo@brucemcdonaldlaw.com

1